UNITED STATES of America,
Plaintiff–Appellee,

v.

Osiris CALVILLO–URIETA,
Defendant–Appellant.

No. 10–14329
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Jan. 30, 2012.

Anne R. Schultz, Wifredo A. Ferrer, U.S. Attorney, U.S. Attorney's Office, Miami, FL, Kimberly Dunn Abel, Mark Lester, U.S. Attorney's Office, West Palm Beach, FL, for Plaintiff–Appellee.

Bart Thomas Heffernan, Law Offices of Bart T. Heffernan, PA, Fort Lauderdale, FL, for Defendant–Appellant.

Osiris Calvillo–Urieta, McRae, GA, pro se.

Before BARKETT, HULL and ANDERSON, Circuit Judges.

PER CURIAM:

Bart Thomas Heffernan, appointed counsel for Osiris Calvillo–Urieta in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is

**GRANTED,** and Calvillo–Urieta's conviction and sentence are **AFFIRMED.**